1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                        AT FRESNO

10 SAENG VILAYSACK        )
                          )   1:05-CV-1063 AWI LJO
11                        )
         Plaintiff,       )   STIPULATION AND ORDER
12                        )
   vs.                    )
13                        )
   JO ANNE B. BARNHART,   )
14 Commissioner of Social )
   Security,              )
15                        )
         Defendant.       )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 20 day extension of time, until September 20, 2006, in

20 which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling

21 order filed, August 22, 2005, shall proceed under the time limit guidelines set therein.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: September 13, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan |
| | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:    September 14, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE