Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

**FILED**

DEC 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| SAENG VILAYSACK, | 1:05-CV-1063 AWI LJO |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 6, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 27, 2006          /s/ Gina Fazio

                                                                                         GINA FAZIO, ESQ.
                                                                                         Attorney for Plaintiff

Dated: October 31, 2006

                                                                                         MCGREGOR SCOTT
                                                                                        United States Attorney

                                                                                        By: /s/ Kristi C. Kapetan
                                                                                       (as authorized via facsimile)
                                                                                       KRISTI C. KAPETAN
                                                                                       Assistant U.S. Attorney

1     IT IS SO ORDERED.

2 Dated:    12-4-06

~~LAWRENCE J. O'NEILL~~
~~United States Magistrate Judge~~

A. W. ISHII
U. S. District Judge